# Court of Appeals
# of the State of Georgia

ATLANTA, February 22, 2024

*The Court of Appeals hereby passes the following order*

**A24I0119. SAMUEL VINNIE v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

23SC186464



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, February 22, 2024.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*